UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
PETE CHINGAS, an individual, on behalf of himself and all others similarly situated,

                Plaintiff,

    -against-

AKIVA SHAPIRO LAW, PLLC, a New York professional liability company,

                Defendant.
-------------------------------------------------------------------------X

Index No.: 20-cv-162

**STIPULATION OF VOLUNTARY DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: September 25, 2020

| | |
|---|---|
| **CATALANO GALLARDO & PETROPOULOS, LLP** | **KLEINMAN LLC** |
| By: _/s/ Matthew K. Flanagan_ | By: _/s/ Abraham Kleinman_ |
| Matthew Flanagan, Esq. | Abraham Kleinman, Esq. |
| 100 Jericho Quadrangle – Suite 326 | 626 RXR Plaza |
| Jericho, New York 11753 | Uniondale, New York 11556 |
| Tel: (516) 931-1800 | Tel. (516) 522-2621 |
| Email: mflanagan@cgpllp.com | Email: _akleinman@kleinmanllc.com_ |
| File No. 65-2278 | *Attorneys for Plaintiff* |
| *Attorneys for Defendant* | |

```
The Clerk of the Court is
directed to mark this
case CLOSED.
```

                                            SO ORDERED.

                                            /s/ JOANNA SEYBERT
                                            Joanna Seybert, U.S.D.J.

```
Dated: December 16, 2020
       Central Islip, New York
```